AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

### WESTERN DISTRICT OF TEXAS

Received
NOV - 1 2024
USMS W/TX
El Paso

UNITED STATES OF AMERICA
V.

**WARRANT FOR ARREST**

**BRIANNA IRENE BUSTAM**

CASE NUMBER: EP-22-CR-455LS(1)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**Brianna Irene Bustam**_____
                                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [X] TSR Violation Petition
charging him/her with

## VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

in violation of Title ___18___ United States Code, Section(s) __3583__

| Philip J. Devlin | Clerk, U.S. District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| _[signature]_ | October 31, 2024     El Paso, TX |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _to be determined_     by  Philip J. Devlin
                                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

## Absconder Sheet

**Required Identifiers- (All fields must be filled out)**                    PACTS NO. 7877011

| | |
|---|---|
| Name | Brianna Irene Bustam |
| Aliases | Bustam Bonefield, Brianna Iviren, Bustam Bonefield, Brianna Irene Bustam Bonefield, Brianna. Bustam, Brianna, Bustam, Briana, Bonefield, Brianna Irene, Bonefield, Brianna I., Bastam Bonefield, Brianna, Bonefield, Brianna Iren |
| DOB | 9/9/1993 |
| Height | 5'7" |
| Weight | 150 |
| Sex | female |
| Hair | Brown |
| Eyes | Brown |
| SSN | 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 |
| Race | White |
| Register No. | 93145-509 |
| FBI No. | 364901ND2 |
| Date Photo Taken | |
| Address | 11110 Harris Way  Thornton, CO |
| Since- | |
| Phone No. | 720-666-1594 |
| Employment | - - |
| Since - (Current Employment) | |

| Vehicle Information | Make - | Model - | Year - |
|---|---|---|---|
| | Color - | License Plate # - | VIN # - |

| | |
|---|---|
| Scars, Tattoos, other distinguishing marks | Tattoos: a flower on her upper torso; a sun and moon on her back and a heart with a quote on her left hip. |
| History of Violence | None |
| MH/Drug (Current Condition) | Previous diagnosis of anxiety and depression |
| Known family, friends, and other associates | N/A |
| Significant Other Name & Phone Number (if available) | N/A |
| Any Gang Affiliation Info / Sex Offender | N/A |
| Potential Impact to Community/ Danger to Community | N/A |
| Probation Officer Name | Dorothy Reyes |
| Probation Officer Cell Number | 915-270-1066 |
| Date of Last Home Visit | N/A |
| Next Scheduled Appointment | N/A |
| Attending any classes or treatment – (Provide Address) | N/A |
| State Probation or Bond | None |

\Prob 12C (7/93)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS

FILED

2024 OCT 31 PM 3: 17



## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Brianna Irene Bustam

**Case Number:** EP:22-CR-00455-LS(1)

**Name of Sentencing Judicial Officer:** Frank Montalvo, Senior U.S. District Judge

**Date of Original Sentence:** December 7, 2022

**Original Offense:** Importation of a Quantity of a Mixture or Substance Containing a Detectable Amount of Fentanyl, 21 U.S.C. 952 & 960

**Original Sentence:** Thirty-nine (39) months imprisonment, followed by three (3) years supervised release **Type of Supervision:** Supervised Release

**Date Supervision Commenced:** August 16, 2024

**Assistant U.S. Attorney:** Ellen Marie Denum          **Defense Attorney:** Erik Anthony Hanshew

## PREVIOUS COURT ACTION

On October 21, 2024, case was reassigned to the docket of U.S. District Judge Leon Schydlower

## PETITIONING THE COURT

[X]   To issue a warrant

[ ]   To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number 1:** The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.

> **Nature of Noncompliance:** According to the Probation Officer in the District of New Mexico, Bustam submitted drug tests which yielded positive results for fentanyl on August 21, 2024, August 27, 2024, September 11, 2024, and September 30, 2024. Bustam signed admission forms, where she admitted to using fentanyl on the above listed dates.

Brianna Irene Bustam
Docket No. EP:22-CR-00455-LS(1)
Petition for Warrant or Summons for Offender Under Supervision
Page 2

**Violation Number 2:** The defendant must participate in a substance abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). During treatment, the defendant must abstain from the use of alcohol and any and all intoxicants. The defendant must pay the costs of such treatment if financially able.

**Nature of Noncompliance:** According to the Probation Officer in the District of New Mexico, Bustam failed to report for drug testing on October 4, 2024, October 16, 2024, and October 17, 2024.

## U.S. Probation Officer Recommendation:

The term of supervision should be

[X] revoked.

[ ] extended for _____ years, for a total term of _____ years.

[ ] modified as follows:

Respectfully submitted,

*/s/ Dorothy Reyes*

Dorothy Reyes
U.S. Probation Officer
Office (915) 585-5580
Cellular (915) 270-1066
Date: October 28, 2024

Approved by,

*/s/ Magdalena Iturbe*

Magdalena Iturbe
Supervising U.S. Probation Officer
Office (915) 585-6586
Cellular (915) 861-8892

Brianna Irene Bustam
Docket No. EP:22-CR-00455-LS(1)
Petition for Warrant or Summons for Offender Under Supervision
Page 3

---

THE COURT ORDERS:

[ ]  No action.

[X]  The issuance of a warrant.

[ ]  The issuance of a summons.

[ ]  Other

_____
Leon Schydlower, U.S. District Judge

October 30, 2024
Date